IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALVAREZ-MEJIA, | 1:06-CV-0055 REC SMS HC |
|     Petitioner, | |
|   vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| K. PROSPER, et al., | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of

1

1 | his trust account statement in support of his request to proceed
2 | in forma pauperis, **or** pay the $5.00 filing fee.
3 |         In accordance with the above, IT IS HEREBY ORDERED that
4 | within thirty days of the date of service of this order,
5 | petitioner shall submit a certified copy of his prison trust
6 | account statement for the six month period immediately preceding
7 | the filing of the petition, or in the alternative, pay the $5.00
8 | filing fee for this action.  Failure to comply with this order
9 | will result in a recommendation that this action be dismissed.

11 | IT IS SO ORDERED.

12 | **Dated:   February 15, 2006**          **/s/ Sandra M. Snyder**
ah0l4d                          UNITED STATES MAGISTRATE JUDGE