# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALVAREZ-MEJIA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>K. PROSPER,<br><br>　　　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | CV F  06-0055 REC SMS HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>[Doc. 19] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Now pending before the Court is Petitioner's motion for an extension of time to file objections to the Findings and Recommendations.  (Court Doc. 19.)

　　　GOOD CAUSE having been demonstrated, Petitioner is granted thirty (30) days from the date of service of this order to file objections to the Findings and Recommendations.


IT IS SO ORDERED.

**Dated:　January 10, 2007**　　　　　　　/s/ Sandra M. Snyder
ah0l4d　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE