UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS ALVAREZ-MEJIA, | ) | 1:06-CV-00055-REC-SMS-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OBJECTIONS |
| K. PROSPER, | ) ) | (Doc. 21) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 19, 2007, petitioner filed a motion for a second extension of time to file objections to the Magistrate's findings and recommendations of December 18, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted until February 15, 2007 to file objections to the Magistrate's Findings and Recommendations.

IT IS SO ORDERED.

**Dated:    February 2, 2007**          **/s/ Sandra M. Snyder**
ah0l4d                                                    UNITED STATES MAGISTRATE JUDGE