UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS ALVAREZ-MEIJA, | ) | 1:06-CV-00055 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #18] |
| v. | ) | |
| | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND DISMISSING |
| | ) | PETITION FOR WRIT OF HABEAS |
| K. PROSPER, | ) | CORPUS [Docs. #1, 14] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 18, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss the petition be GRANTED and the petition be DISMISSED as untimely. The Magistrate Judge further recommended the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On December 28, 2006, Petitioner filed a motion for extension of time to file objections to

1 the Findings and Recommendation. The motion was granted and the deadline for filing objections
2 was moved to February 12, 2007. Petitioner filed a second motion for extension of time on
3 January 19, 2007. That motion was also granted and Petitioner was granted until February 15, 2007,
4 to file his objections. The time for filing objections has now passed and no party has filed objections.

5       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
6 *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
7 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1. The Findings and Recommendation issued December 18, 2006, is ADOPTED IN FULL;

10       2. Respondent's Motion to Dismiss is GRANTED;

11       3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

12       4. The Clerk of Court is DIRECTED to enter judgment.

13 IT IS SO ORDERED.

14 **Dated:     March 9, 2007**                    /s/ Lawrence J. O'Neill
15 b9ed48                                        UNITED STATES DISTRICT JUDGE